The order right okay OK alright okay